**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GWENDOLYN MINGO

  Plaintiff,          Civil No. 07-15208

v.                District Judge Denise Page Hood
                 Magistrate Judge Mona K. Majzoub

CITY OF DETROIT, CHASE, a/k/a
BANC 1, a/k/a NBD, et al.

  Defendant.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated

October 22, 2010 , this cause of action is **DISMISSED**.

  Dated at Detroit, Michigan this   22nd   day of   October  , 2010.

                 DAVID J. WEAVER
                 CLERK OF THE COURT

                 BY: s/ Wm. F. LEWIS
 APPROVED:              Deputy Clerk
s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE